NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**METSO MINERALS, INC.,**
*Plaintiff-Appellee,*

v.

**POWERSCREEN INTERNATIONAL DISTRIBUTION, LIMTED, NOW KNOWN AS TEREX GB LIMITED, TEREX CORPORATION, POWERSCREEN NEW YORK, INC. AND EMERALD EQUIPMENT SYSTEMS, INC.,**
*Defendants-Appellants.*

---

2011-1572

---

Appeal from the United States District Court for the Eastern District of New York in case no. 06-CV-1446, Judge Arthur D. Spatt.

---

## ON MOTION

---

## ORDER

The appellants move without opposition to stay the briefing in this appeal pending the district court's disposition of certain pending motions.

Upon consideration thereof,

IT IS ORDERED THAT:

1)   The motion is granted and the briefing schedule is stayed.   The parties are directed to inform the court within 21 days of the district court's actions on the pending motions concerning how they believe that this appeal should proceed.   If new appeals result from the district court's rulings, the parties should move to consolidate those new appeals with this appeal.

2)   All other pending motions in this court are moot.

FOR THE COURT

__OCT. 2 7 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Michael C. Stuart, Esq.
     Jon R. Trembath, Esq.

s20

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**OCT 2 7 2011**

**JAN HORBALY**
**CLERK**